For the error herein pointed out, the judgment of the trial court is reversed and the prosecution ordered dismissed.

Opinion appoved by the Court.

## JOHNSON v. STATE.
### No. 24485.

Court of Criminal Appeals of Texas.

Nov. 16, 1949.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted by a jury of the possession of certain devices used for the purpose of the distillation of whisky, and given a sentence of six months in jail and a fine of $250.

The record contains no notice of appeal. We are therefore without any jurisdiction hereof, and have no alternative other than to dismiss the appeal. It is so ordered.